**Order entered March 21, 2014**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00894-CV

### ERIC DRAKE, Appellant

### V.

### KRISTINA KASTL, Appellee

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-09-01374-E**

## ORDER

On March 18, 2014, appellant filed a motion requesting reconsideration of this Court's previous order regarding the production of a tape recording and also requesting a second extension of time to file his brief. We **DENY** appellant's motion to the extent he requests reconsideration of our January 21, 2014 order.

We **GRANT** appellant's motion to the extent he requests an extension of time to file his brief. Appellant shall file his brief on or before **May 1, 2014**. We caution appellant that no further extension of time will be granted absent extraordinary circumstances.

/s/     ADA BROWN
            JUSTICE